UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-MJ-1176

FILED
JUL 27 2009
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL INFORMATION
)
ASHLEY MARIE WINGATE )

The United States Attorney charges that:

On or about July 8, 2009, in the Eastern District of North Carolina, at Marine Corps Air Station, New River, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ASHLEY MARIE WINGATE, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance, and with an alcohol concentration of .08 or greater at a relevant time after driving, to wit: an alcohol concentration of .08, all in violation of North Carolina General Statute, Section 20-138.1, as assimilated by the provisions of Title 18, United States Code, Section 13.

GEORGE E.B. HOLDING
United States Attorney

By: _____
CLAIRE M. AMDAHL
Special Assistant U.S. Attorney
Criminal Division