UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-MJ-1176

FILED
OCT - 6 2009
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) SUPERSEDING CRIMINAL INFORMATION |
| | ) |
| ASHLEY MARIE WINGATE | ) |

The United States Attorney charges that:

### Count One

On or about July 8, 2009, in the Eastern District of North Carolina, at Marine Corps Air Station, New River, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ASHLEY MARIE WINGATE, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance, and with an alcohol concentration level of .08 or greater at a relevant time after driving, to wit: .08 alcohol concentration level, all in violation of North Carolina General Statute, Section 20-138.1, as assimilated by the provisions of Title 18, United States Code, Section 13.

### Count Two

On or about July 8, 2009, in the Eastern District of North Carolina, at Marine Corps Air Station, New River, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ASHLEY MARIE WINGATE, did knowingly and unlawfully drive a motor vehicle on a highway or public vehicular

area without due caution and circumspection in a manner that did or could endanger other persons, in violation of North Carolina General Statute, Section 20-140(b), as assimilated by the provisions of Title 18, United States Code, Section 13.

                      GEORGE E.B. HOLDING
                      United States Attorney

By: _____
    MARK J. GRIFFITH
    Special Assistant U.S. Attorney
    Criminal Division